UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE EDWARD WICKER,<br><br>           Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | Civil No. 06-CV-2344-L<br>Criminal No. 02-CR-0624-L<br><br>**ORDER REQUIRING RESPONSE TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE**<br><br>**[28 U.S.C. § 2255]** |

On October 20, 2006, Petitioner, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody.

Respondent shall file and serve a responsive memorandum not later than **January 16, 2007**. The response shall include any and all documents relevant to the determination of the issues in the motions. If the petitioner wishes to reply to the respondent's responsive memorandum, a reply must be filed not later than **February 6, 2007**. Upon the filing of the foregoing, the parties shall await the further order of this Court.

/ / /

/ / /

/ / /

/ / /

1  The Clerk of Court shall serve a copy of Petitioner's motion together with a copy of this
2  Order on the United States Attorney or an authorized representative, 880 Front Street, Room
3  6293, San Diego, CA 92101.
4  **IT IS SO ORDERED.**

6  DATED: December 4, 2006

 _M. James Lorenz_
 M. James Lorenz
 United States District Court Judge